# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE | § | |
| | § | |
| SOURCEWATER, INC., | § | CASE NO. 23-30960 |
| | § | |
| Debtor | § | |
| | | |
| JOSHUA ADLER, | § | |
| | § | |
| Plaintiff, | § | ADV. PROCEEDING NO. 24-03049 (jpn) |
| | § | |
| v. | § | |
| | § | |
| ENERGY DEBT HOLDINGS LLC, | § | |
| | § | |
| Defendant. | § | |

## APPELLANT'S STATEMENT OF ISSUES AND DESIGNATION OF RECORD ON APPEAL[1]

Joshua Adler ("**Appellant**") files this Statement of Issues and Designation of Record on Appeal:

### STATEMENT OF ISSUES

1. Whether the Bankruptcy Court erred in granting Energy Debt Holdings LLC's Motion to Dismiss Complaint with Prejudice.

2. Whether the Bankruptcy Court erred in holding that judicial estoppel bars the claims brought by Appellant in the adversary proceeding.

3. Whether the Bankruptcy Court erred in holding that there was no actual controversy between the parties.

---

[1] The appeal has been docketed in the District Court as No. 4:24-cv-2381.

1

4. Whether the Bankruptcy Court erred in denying Appellant leave to amend the complaint.

## DESIGNATION OF RECORD

1. Plaintiff's Original Complaint [Dkt. 1].

2. Motion of Energy Debt Holdings to Dismiss Complaint with Prejudice [Dkt.7].

3. Joshua Adler's Response to Energy Debt Holdings LLC's Motion to Dismiss Complaint with Prejudice [Dkt.11].

4. Energy Debt Holdings LLC's Reply to Joshua Adler's Response to Energy Debt Holdings LLC's Motion to Dismiss Complaint with Prejudice [Dkt. 12].

5. Joint Pretrial Statement [Dkt. 15].

6. Order Granting Motion to Dismiss Complaint [Dkt. 16].

7. Notice of Appeal [Dkt.18].

8. Appellant's Statement of Issues and Designation of Record on Appeal [filed July 2, 2024).

Respectfully submitted,

HOLLAND & KNIGHT LLP

By: /s/ Mark C. Taylor
    Mark C. Taylor
    State Bar No. 19713225
    Mark.taylor@hklaw.com
    100 Congress Avenue, Suite 1800
    Austin, Texas 78701
    Telephone: 512/685-6400
    Facsimile: 512/685-6417

ATTORNEYS FOR APPELLANT

**CERTIFICATE OF SERVICE**

      I hereby certify that a true and correct copy of the foregoing was sent via electronic mail to all counsel listed below and parties listed on the Court's ECF filing system on July 2, 2024:

R.J. Shannon
Shannon & Lee LLP
2100 Travis Street, Suite 1525
Houston, Texas 77002

                                          */s/ Mark C. Taylor*
                                          Mark C. Taylor